Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff,
ROBERT SCOTT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>    Defendant | Case No.: 2:18-cv-02794-MCE-DB<br><br>DISTRICT JUDGE MORRISON C. ENGLAND, JR |

## NOTICE OF SETTLEMENT

Plaintiff, Robert Scott notifies this Court that Plaintiff and Defendant, CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings.  The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

/ / /

Dated: August 2, 2019.

*/s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff, ROBERT SCOTT

# CERTIFICATE OF SERVICE

I certify that on August 2, 2019 I served Plaintiff Robert Scott's Notice of Settlement on counsel of record for the Defendant (listed below) via email:

Stacy H. Rubin
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
T:(702) 471-7000
F:(702) 471-7070
E: rubins@ballardspahr.com
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

*/s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff, ROBERT SCOTT