Jeremy Branch – Bar #303240
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel. (866) 329-9217 ext. 1009
Fax: (657) 246-1312
Email: jeremyb@jlohman.com
Attorney for Plaintiff, ROBERT SCOTT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SCOTT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　Defendants. | Case No: 2:18-cv-02794-MCE-DB<br><br>*ELECTRONICALLY FILED* |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Scott ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby stipulate to the dismissal of all Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Stacy H. Rubin (with permission)*<br>Stacy H. Rubin<br>Ballard Spahr LLP<br>1980 Festival Plaza Drive, Ste. 900<br>Las Vegas, NV 89135<br>Telephone: (702) 471-7000<br>Facsimile (702) 471-7070<br>E-Mail: rubins@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Jeremy E. Branch*<br>Jeremy E. Branch – Bar #303240<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Road, Suite 310<br>Corona, CA 92880<br>Tel. (866) 329-9217 ext. 1009<br>Fax: (657) 246-1312<br>Email: jeremyb@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Stacy H. Rubin
Ballard Spahr LLP
1980 Festival Plaza Drive, Ste. 900
Las Vegas, NV 89135
Telephone: (702) 471-7000
Facsimile (702) 471-7070
E-Mail: rubins@ballardspahr.com
*COUNSEL FOR DEFENDANT*

>  */s/ Jeremy E. Branch*
>  Jeremy E. Branch – Bar #303240
>  The Law Offices of Jeffrey Lohman, P.C.
>  4740 Green River Road, Suite 310
>  Corona, CA 92880
>  Tel. (866) 329-9217 ext. 1009
>  Fax: (657) 246-1312
>  Email: jeremyb@jlohman.com
>  Attorney for Plaintiff, ROBERT SCOTT