UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT SCOTT, | No. 2:18-CV-02794-MCE-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

Plaintiff Robert Scott ("Plaintiff") and Defendant Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: September 30, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1